IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2010 OCT 26 PM 3: 12
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY

| | | |
|---|---|---|
| TIMOTHY MARK CAMERON ABBOTT, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| V. | § | Civil Action No. A-06-CA-359-LY |
| | § | |
| JACQUELYN VAYE ABBOTT, | § | |
| | § | |
| Defendant | § | |

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE
## SECOND AMENDED ORIGINAL ANSWER

The Court, having considered Defendant's *Motion for Leave to File Second Amended Original Answer* is of the opinion that Defendant's motion should be granted.

Accordingly, it is ORDERED that Defendant's *Motion for Leave to File Second Amended Original Answer* is GRANTED. *The Clerk of this Court shall file Defendant's Second Amended Original Answer.*

SIGNED on *October 26*, 2010.

_____
Honorable Lee Yeakel
UNITED STATES DISTRICT JUDGE